S. M. McConnell *et al.*, plaintiffs in error, *vs.* Joseph T. Hamilton, defendant in error.

The Act of October 13th, 1870, requiring an affidavit of all taxes paid in pending suits on certain contracts, applies as well to proceedings by *scire facias* to revive a judgment, as to actions and suits proceeding on such debts in the ordinary way.

Warner, Chief Justice, dissented.

*Scire facias.* Tax affidavit. Relief Act of 1870. Before Judge Knight. Cherokee Superior Court. March Term, 1872.

. Joseph T. Hamilton proceeded, by *scire facias,* to revive a dormant judgment against S. M. McConnell, principal, and S. Lovingood, indorser. The defendants objected to the revival of said judgment, on the following grounds, to-wit:

1st. Because no affidavit had been filed, under the Relief Act of 1870, as to the payment of taxes.

2d. Because no proof was offered on trial as to the payment of taxes.

The judgment was rendered at September term, 1861, of Cherokee Superior Court.

The objections were overruled by the Court and said judgment ordered revived, to which plaintiffs in error excepted.

Lester & Thompson, for plaintiffs in error.

. No appearance for defendant.

McCay, Judge.

A *scire facias* to revive a judgment, though not an original action, is, in many respects, an action or suit. It is one form in which a particular kind of debt, to-wit: a debt of record, may be recovered. It must be served, have proper parties, it may be pleaded to, an issue formed on the plea, a trial be had, and a judgment entered up. Indeed, there is scarcely any difference between it and an action of debt on the judgment, except that it must be brought in the county where

the judgment was obtained. In that sense, it is not an *original* suit. But the Act of October 13th, 1870, does not confine its operation to original suits. The language is, all suits where the party seeks a judgment on his debt. This he clearly does here. The evidence of the debt is the judgment, and he seeks a judgment of the Court, giving it a new vitality, so as to make it capable of being collected by levy and sale. The words are, any debt or contract. This is a debt; the plaintiff seeks a judgment upon it, and it is included within the letter and spirit of the law.

Judgment reversed.

MONTGOMERY, Judge, concurred, and WARNER, Chief Justice, dissented, but furnished no opinions.